**MEMO ENDORSED**



| | | |
|---|---|---|
| | **Tarter Krinsky & Drogin LLP** | **Maurizio Anglani, Partner** |
| | 1350 Broadway | Direct Dial: 212.574.0318 |
| | New York, New York 10018 | manglani@tarterkrinsky.com |
| | P: 212-216-8000 | |
| | F: 212-216-8001 | |
| | **www.tarterkrinsky.com** | |

May 14, 2026

<u>**VIA ECF**</u>
Hon. Andrew L. Carter Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> **Re:** *Graciela Doncouse v. Norigami Inc. et al.*
> <u>**Civil Action No. 1:25-cv-08275-ALC (the "Action")**</u>

Dear Judge Carter:

This office represents defendant, Norigami, Inc. ("Defendant"), in the above-referenced Action. Pursuant to Your Honor's Individual Practices, Rule 1(D), and with the consent of counsel for plaintiff, Graciela Doncouse ("Plaintiff"), and counsel for co-defendant, Due Milla Realty Group LLC ("Co-Defendant"), Defendant respectfully submits this letter motion to request an extension of time for Defendant and Co-Defendant to respond to the Plaintiff's Complaint. Defendants' response is currently due on May 15, 2026, and the parties jointly request that the deadline be extended to June 15, 2026.

As the Court is aware from prior correspondence, the parties have been engaging in settlement discussions to resolve this matter. The parties have reached a settlement in principle on most terms and are now working on finalizing a settlement agreement. This is the sixth application for the relief requested herein. The five prior applications were granted by the Court. We are hopeful that this will be the last application for this relief.

Accordingly, we respectfully request that the Court grant and "So Order" this relief, and we thank the Court for its consideration of this request.

Very truly yours,

/s/MaurizioAnglani
Maurizio Anglani (MA1990)

cc:    All Counsel of Record (via ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

May 14, 2026